**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

John Boaden, et al.

          Plaintiff,

v.

                         Case No.: 1:23–cv–01477
                         Honorable Georgia N. Alexakis

Continental Casualty Company

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants Defendant's unopposed motion for leave to renew its motion to exclude the testimony of Roger Loomis [247]. The parties are directed to send email correspondence to the Court with a proposed briefing schedule. If the parties intend to rest on briefs already filed (with no modifications to those briefs), they can communicate that intention in their email correspondence to the Court. The Court vacates the 5/21/2026 presentment hearing. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.